IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-348-D

| | |
|---|---|
| PENN NATIONAL SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TRUCKING CORPORATION, CED CONSTRUCTION PARTNERS, LTD.,<br><br>Defendants. | ORDER |

On December 10, 2010, CED Construction Partners, Ltd. ("CED") filed a motion to transfer venue to the United States District Court for the District of South Carolina [D.E. 16]. Plaintiff responded in opposition [D.E. 20, 21], and CED replied [D.E. 23].

In light of the record, the action will proceed more efficiently and conveniently in the United States District Court for the District of South Carolina. See, e.g., 28 U.S.C. § 1404(a); Stewart Org., Inc. v. Ricoh Corp., 487 U.S. 22, 29 (1988); Brock v. Entre Computer Ctrs., Inc., 933 F.2d 1253, 1257 (4th Cir. 1991); Jenkins v. Albuquerque Lonestar Freightliner, LLC, 464 F. Supp. 2d 491, 493 (E.D.N.C. 2006). Thus, for the convenience of the parties and witnesses and in the interest of justice, the motion to transfer venue [D.E. 16] is GRANTED. The action is hereby transferred to the United States District Court for the District of South Carolina.

SO ORDERED. This 11 day of May 2011.

JAMES C. DEVER III
United States District Judge